B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition<br>AMENDED |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rodriguez, Jaime** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Rodriguez, Maria Celeste** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>AKA Jaime Rodriguez Strubbe; AKA Jaime Rodriguez Strubble | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>AKA Maria Celeste Lozada Rodriguez |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>xxx-xx-6129 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>xxx-xx-4877 |
| Street Address of Debtor (No. and Street, City, and State):<br>8631 Laureate Blvd.<br>Orlando, FL        ZIP Code **32827** | Street Address of Joint Debtor (No. and Street, City, and State):<br>8631 Laureate Blvd.<br>Orlando, FL        ZIP Code **32827** |
| County of Residence or of the Principal Place of Business:<br>Orange | County of Residence or of the Principal Place of Business:<br>Orange |
| Mailing Address of Debtor (if different from street address):<br>                ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)   **- AMENDED**                                                                                      Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Rodriguez, Jaime** <br> **Rodriguez, Maria Celeste** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)          (Date) <br> **Raymond J. Rotella 157951** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) - **AMENDED**

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Rodriguez, Jaime
Rodriguez, Maria Celeste

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor Jaime Rodriguez

X _[signature]_
Signature of Joint Debtor Maria Celeste Rodriguez

Telephone Number (If not represented by attorney)

4/19/15
Date

**Signature of Attorney***

X _[signature]_
Signature of Attorney for Debtor(s)
Raymond J. Rotella 157951
Printed Name of Attorney for Debtor(s)
KOSTO & ROTELLA, P.A.
Firm Name
619 E. WASHINGTON STREET
Orlando, FL 32801

Address

Email: rrotella@kostoandrotella.com
407/425-3456  Fax: 407/423-5498
Telephone Number

4/21/15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re   Jaime Rodriguez
        Maria Celeste Rodriguez                                            Case No.   6:15-bk-01397
                                        Debtor(s)                          Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Bby/Cbna | **Describe Property Securing Debt:** Two tablet computers, printer and software |

Property will be (check one):
  ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other. Explain  Debtors will continue to make payments  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                           ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:** Lexus Financial Servic | **Describe Property Securing Debt:** 2008 Lexus GX470 (140,522 miles) |

Property will be (check one):
  ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other. Explain  Debtors will continue to make payments  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                           ☐ Not claimed as exempt

B8 (Form 8) (12/08)                            Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Lexus Financial Service | **Describe Property Securing Debt:**<br>2015 Lexus GX 460 (wife and company on title) |

Property will be (check one):
   ☐ Surrendered                      ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other. Explain  __Debtors will continue to make payments__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                      ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Mortgage Electronic | **Describe Property Securing Debt:**<br>8631 Laureate Blvd., Orlando, Fl 32827<br><br>Lot 465, LAUREATE PARK PHASE 1C, according to the map or plat thereof, as recorded in Plat Book 78, Pages 125 - 137, inclusive, of the Public Records of Orange County, Fla. |

Property will be (check one):
   ☐ Surrendered                      ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other. Explain  __Debtors will continue to make payments__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                      ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Rooms to Go | **Describe Property Securing Debt:**<br>Daughter's bedroom set |

Property will be (check one):
   ☐ Surrendered                      ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other. Explain  __Debtors will continue to make payments__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                      ■ Not claimed as exempt

B8 (Form 8) (12/08)    Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>Southeast Toyota Finance | **Describe Property Securing Debt:**<br>2015 Toyota Tundra 4 x 2 (husband and company on title) |

**Property will be (check one):**
☐ Surrendered    ☒ Retained

**If retaining the property, I intend to (check at least one):**
☐ Redeem the property
☐ Reaffirm the debt
☒ Other. Explain __Debtors will continue to make payments__ (for example, avoid lien using 11 U.S.C. § 522(f)).

**Property is (check one):**
☐ Claimed as Exempt    ☒ Not claimed as exempt

PART B - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>☐ YES    ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date __4/19/15__    Signature __Jaime Rodriguez__
                                    Debtor

Date __4/19/15__    Signature __Maria Celeste Rodriguez__
                                    Joint Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-01397-CCJ<br>Middle District of Florida<br>Orlando<br>Mon Apr 20 15:52:22 EDT 2015 | OCWEN LOAN SERVICING, LLC<br>c/o Alice Blanco<br>Fifteen Piedmont Center<br>3575 Piedmont Rd NE Ste 500<br>Atlanta, GA 30305-1623 | Jaime Rodriguez<br>8631 Laureate Blvd.<br>Orlando, FL 32827-7495 |
| Maria Celeste Rodriguez<br>8631 Laureate Blvd.<br>Orlando, FL 32827-7495 | World Omni Financial Corp.<br>c/o James B. Flanigan, Esquire<br>110 SE 6th Str, 15th Flr<br>Fort Lauderdale, FL 33301-5004 | Amexdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Angel Oak Home Loans LLC<br>3060 Peachtree Road<br>#500<br>Atlanta, GA 30305-2239 | Bby/Cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 | Blmdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| CanCapital<br>215 South State, #800<br>Salt Lake City, UT 84111-2339 | Comenity - springstone<br>P O Box 659622<br>San Antonio, TX 78265-9622 | Comenitycapital/Spgstn<br>3100 Easton Square Pl<br>Columbus, OH 43219-6232 |
| Fairwinds Credit<br>3087 N. Alafaya Trail<br>Orlando, FL 32826-3205 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>P O Box 8208<br>Philadelphia, PA 19101-8208 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | JXR Construction &<br>Engineering<br>207 N. Goldenrod Road<br>#300<br>Orlando, FL 32807-8294 | John/Diane Mahony<br>c/o Brad Kelsky, Esq.<br>1250 S. Pine Island Road<br>#250<br>Fort Lauderdale, FL 33324-4486 |
| Karen and JohnSlifker<br>20103 Kuinn St.<br>Orlando, FL 32833 | Lexus Financial Servic<br>12735 Morris Road Ext #<br>Alpharetta, GA 30004-8904 | Lexus Financial Service<br>12735 Morris Road Ext.<br>Alpharetta, GA 30004-8904 |
| Lexus Financial Service<br>P O Box 5855<br>Carol Stream, IL 60197-5855 | Lowes<br>P O Box 530970<br>Atlanta, GA 30353-0970 | Macys<br>Bankruptcy Processing<br>P O Box 8053<br>Mason, OH 45040-8053 |
| Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Mortgage Electronic<br>Registration Systems Inc.<br>P O Box 2026<br>Flint, MI 48501-2026 | Ntb/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Nu Look Capital<br>5550 Merrick Road<br>Massapequa, NY 11758-6238 | Ocwen Loan Servicing LLC<br>P O Box 24738<br>West Palm Beach, FL 33416-4738 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |

Rooms to Go
P O Box 960061
Orlando, FL 32896-0061

Southeast Toyota Finance
P O Box 7082
Charlotte, NC 28241-7082

Southeast Toyota Finance
P O Box 991817
Mobile, AL 36691-8817


Web Bank
c/o CAN Capital Asset Servic
155 North 400 West, #315
Salt Lake City, UT 84103-1111

Gene T Chambers +
Post Office Box 533987
Orlando, FL 32853-3987

Raymond J Rotella +
Kosto & Rotella PA
619 East Washington Street
Orlando, FL 32801-2969


United States Trustee - ORL7/13 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Alice A Blanco +
Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Road Northeast - Suite 500
Atlanta, GA 30305-1636

James B Flanigan +
Tripp Scott, PA
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301-5004


Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Cynthia C. Jackson +
Orlando

End of Label Matrix
Mailable recipients    39
Bypassed recipients     1
Total                  40

      I HEREBY CERTIFY that a true copy of the Amended Voluntary Petition and Amended Statement of Intention were mailed to all creditors on the attached mailing matrix, this 21st day of April, 2015.

                                            RAYMOND J. ROTELLA, OF
                                            KOSTO & ROTELLA, P.A.
                                            Post Office Box 113
                                            Orlando, Florida 32802
                                            Telephone: 407/425-3456
                                            Facsimile: 407/423-5498
                                            Florida Bar Number 157951
                                            Rrotella@kostoandrotella.com
                                            Dmeyer@kostoandrotella.com
                                            ATTORNEYS for Debtors