| **Case No.:** | 15-01397 | | **Trustee Name:** | Gene T. Chambers |
|---|---|---|---|---|
| **Case Name:** | RODRIGUEZ, JAIME AND RODRIGUEZ, MARIA CELESTE | | **Date Filed (f) or Converted (c):** | 02/19/2015 (f) |
| **For the Period Ending:** | 06/30/2015 | | **§341(a) Meeting Date:** | 03/27/2015 |
| | | | **Claims Bar Date:** | 10/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | HOMESTEAD - 8631 LAUREATE | $510,000.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: MORTGAGE HELD BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | | | | | |
| 2 | CASH | $20.00 | $0.00 | | $0.00 | FA |
| 3 | BANK ACCOUNT - FAIRWINDS CHECKING | $100.00 | $0.00 | | $0.00 | FA |
| 4 | BANK ACCOUNT - FAIRWINDS MONEY MARKET | $100.00 | $0.00 | | $0.00 | FA |
| 5 | HOUSEHOLD GOODS | $3,500.00 | $2,530.00 | | $0.00 | $2,530.00 |
| | Asset Notes: DEBTOR BUYBACK | | | | | |
| 6 | BEDROOM FURNITURE | $1,000.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: LIEN HELD BY ROOMS TO GO | | | | | |
| 7 | PAINTINGS, PICTURES | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| | Asset Notes: DEBTOR BUYBACK | | | | | |
| 8 | CLOTHES | $75.00 | $0.00 | | $0.00 | FA |
| 9 | CLOTHES | $35.00 | $0.00 | | $0.00 | FA |
| 10 | JEWELRY | $750.00 | $0.00 | | $0.00 | FA |
| 11 | JEWELRY | $50.00 | $0.00 | | $0.00 | FA |
| 12 | LIFE INSURANCE - MIDLAND | $3,612.00 | $0.00 | | $0.00 | FA |
| 13 | LIFE INSURANCE - MIDLAND | $4,495.00 | $0.00 | | $0.00 | FA |
| 14 | LIFE INSURANCE - MIDLAND | $0.00 | $0.00 | | $0.00 | FA |
| 15 | LIFE INSURANCE - MIDLAND | $0.00 | $0.00 | | $0.00 | FA |
| 16 | LIFE INSURANCE - MIDLAND | $0.00 | $0.00 | | $0.00 | FA |
| 17 | LIFE INSURANCE - MIDLAND | $0.00 | $0.00 | | $0.00 | FA |
| 18 | ANNUITY | $0.00 | $0.00 | | $0.00 | FA |
| 19 | ANNUITY | $53,579.00 | $0.00 | | $0.00 | FA |
| 20 | RETIREMENT - ST OF FL | $0.00 | $0.00 | | $0.00 | FA |
| 21 | BUSINESS INTEREST - JXR CONSTRUCTION & ENGINEERING, INC | $100.00 | $0.00 | | $0.00 | FA |
| 22 | 2014 TAX REFUND | $0.00 | $0.00 | | $0.00 | FA |
| 23 | 2008 LEXUS GX470 | $11,000.00 | $1,344.32 | | $0.00 | $1,344.32 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 15-01397 | Trustee Name: | Gene T. Chambers |
| Case Name: | RODRIGUEZ, JAIME AND RODRIGUEZ, MARIA CELESTE | Date Filed (f) or Converted (c): | 02/19/2015 (f) |
| For the Period Ending: | 06/30/2015 | §341(a) Meeting Date: | 03/27/2015 |
| | | Claims Bar Date: | 10/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Asset Notes: LIEN HELD BY LEXUS FINANCIAL SERVICES. DEBTOR BUYBACK OF NON-EXEMPT EQUITY. | | | | | |
| 24  2015 LEXUS GX 460 | $60,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: LIEN HELD BY LEXUS FINANCIAL SERVICE | | | | | |
| 25  2015 TOYOTA TUNDRA | $30,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: LIEN HELD BY SOUTHEAST TOYOTA FINANCE | | | | | |
| 26  BIRD | $0.00 | $0.00 | | $0.00 | FA |
| 27  COMPUTER EQUIPMENT | $250.00 | $250.00 | | $0.00 | $250.00 |
| Asset Notes: DEBTOR BUYBACK | | | | | |
| **TOTALS (Excluding unknown value)** | **$679,666.00** | **$5,124.32** | | **$0.00** | **Gross Value of Remaining Assets $5,124.32** |

**Major Activities affecting case closing:**

06/04/2015    DEBTOR BUYBACK OF ASSETS 5, 7, 23 & 27 (TERMS: $854.00/MONTH FROM 07/15/15 TO 01/15/16). NOTICE OF SALE FILED 07/21/15.

| Initial Projected Date Of Final Report (TFR): | 03/31/2016 | Current Projected Date Of Final Report (TFR): | 03/31/2016 | /s/ GENE T. CHAMBERS |
| | | | | GENE T. CHAMBERS |