**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:
JAIME RODRIGUEZ                                       Case No. 6:15-bk-01397-CCJ
MARIA CELESTE RODRIGUEZ,                              Chapter 7
        Debtors.                    /

## MOTION TO ALLOW CLAIM NO. 6 AS A SECURED CLAIM AND DETERMINE RIGHT TO DISTRIBUTION

The Trustee, Gene T. Chambers, moves for the entry of an order allowing Claim No. 6 as a secured claim and determining right to distribution. The claimant, John and Diane Mahony, c/o Brad Kelsky, Esquire, 1250 S. Pine Island Road, #250, Fort Lauderdale, FL 33324, filed a secured claim. The claimant did not obtain a determination of secured status pursuant to the provisions of §506 of the Bankruptcy Code. In addition, the Trustee did not liquidate the collateral.

The Trustee therefore prays that the Court will enter an order allowing Claim No. 6 as a secured claim and determining that the claim is not entitled to distribution.

DATED: December 3, 2015.

                                                    */s/ Gene T. Chambers*
                                                  Gene T. Chambers, Trustee
                                                  Florida Bar No. 0187642
                                                  Gene T. Chambers, P.A.
                                                  Post Office Box 533987
                                                  Orlando, Florida 32853
                                                  Telephone (407) 872-7575
                                                  Facsimile (407) 246-0008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been sent either electronically or by U.S. Mail, First Class, Postage Prepaid, this 3rd day of December, 2015, to: John and Diane Mahony, c/o Brad Kelsky, Esquire, 1250 S. Pine Island Road, #250, Fort Lauderdale, FL 33324; John and Diane Mahony, c/o Brad Kelsky, Esquire, 1250 S. Pine Island Road, Suite 250, Plantation, FL 33324; Jaime and Maria Rodriguez, 8631 Laureate Blvd., Orlando, FL 32827; Raymond Rotella, Esquire, 619 East Washington St., Orlando, FL 32801; and U. S. Trustee, George C. Young Federal Courthouse, 400 W. Washington St., Suite 1100, Orlando, FL 32801.

                                                    */s/ Gene T. Chambers*
                                                  Gene T. Chambers, Trustee