ORDERED.

**Dated:  December 04, 2015**

Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**In re:**

JAIME RODRIGUEZ                                    Case No. 6:15-bk-01397-CCJ
MARIA CELESTE RODRIGUEZ,                            Chapter 7

                Debtors.
_____/

**ORDER ALLOWING CLAIM NO. 6 AS A SECURED
CLAIM AND DETERMINING RIGHT TO DISTRIBUTION**

      Based upon the facts set forth in the Trustee's motion (Document No. 26) that the claimant did not obtain a determination of secured status pursuant to the provisions of §506 of the Bankruptcy Code and that the Trustee did not liquidate the collateral, the Court hereby grants the motion. Accordingly, Claim No. 6 is allowed as secured and the claimants, John and Diane Mahony, c/o Brad Kelsky, Esquire, 1250 S. Pine Island Road, #250, Fort Lauderdale, FL 33324, are not entitled to distribution under §726 of the Bankruptcy Code.

      Pursuant to F.R.B.P. 3008, the claimants may move for reconsideration of this Order within 30 days from the date of service of notice of the entry of this order.  If any claimant files such a motion within this time period, the Court will reconsider the matter and schedule the Trustee's motion for hearing on notice to the claimant.

Trustee, Gene T. Chambers, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.